UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Issac Dickerson,

                      Plaintiff,

    -against-

City of New York et al.,

                      Defendants.

1:20-cv-03893 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, during which only Defendants appeared, it is hereby Ordered that, no later than March 12, 2021, Defendant City of New York shall file a letter indicating whether it has any updated information regarding Plaintiff's address.

    The Clerk of Court is respectfully requested to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
                March 5, 2021

                                                                            _____
                                                                            STEWART D. AARON
                                                                            United States Magistrate Judge