```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Issac Dickerson,

                        Plaintiff,

     -against-

City of New York et al.,

                        Defendants.

1:20-cv-03893 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference in this action on Tuesday, March 23, 2021 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**Plaintiff is warned that if he fails to appear for the March 23, 2021 conference, I will recommend to District Judge Swain that this action be dismissed without prejudice for failure to prosecute.** See Fed. R. Civ. P. 41(b).

The Clerk of Court is directed to mail copy of this Order to the *pro se* Plaintiff at his updated address (*see* 3/11/2021 Letter, ECF No. 54): 30th Mens Street Shelter, 400 East 30th Street, New York, NY 10016.

SO ORDERED.

DATED:     New York, New York
               March 12, 2021

_____
STEWART D. AARON
United States Magistrate Judge