```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Issac Dickerson,

                              Plaintiff,

          -against-

City of New York et al.,

                             Defendants.

1:20-cv-03893 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference in this action on Monday, June 28, 2021 at 3:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. During the conference the Court will address the pending motions to dismiss, which remain unopposed, as well as a discovery schedule with respect to Defendant Project Renewal.

       **Plaintiff is warned that failure to appear for the conference may result in the imposition of sanctions up to and including a recommendation to the District Judge that the pending motions to dismiss be granted as unopposed and/or that this action be dismissed without prejudice for failure to prosecute.** *See* **Fed. R. Civ. P. 41(b).**

       The Clerk of Court is respectfully requested to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
                 June 11, 2021

_____
STEWART D. AARON

United States Magistrate Judge