**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ISSAC DICKERSON,

                      Plaintiff,                      20 **CIVIL** 3893 (LTS)(SDA)

      -against-                                **JUDGMENT**

CITY OF NEW YORK et al.,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 23, 2021, the Court has reviewed carefully Magistrate Judge Aaron's thorough and well- reasoned Report and Recommendation and finds no clear error. The Court has therefore adopted the Report in its entirety for the reasons stated therein. Accordingly, this matter is dismissed without prejudice for failure to prosecute.

**Dated:**  New York, New York
         July 23, 2021

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                            **BY:**     *K. Mango*
                                                     **Deputy Clerk**